HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
BLAKE DIEP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00114-CKD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date:   September 14, 2017 |
| BLAKE DIEP, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Robert Artuz, Special Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal Defender, attorney for BLAKE DIEP, that the Court continue the status conference hearing on August 31, 2017 at 9:30 a.m. to September 14, 2017 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendants in a speedy trial. Counsel needs additional time to review and discuss the discovery with her client,  conduct a further investigation, and discuss plea negotiations with the government.

Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through September

14, 2017, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]. Therefore, the parties are in agreement to continue the status conference to September 14, 2017.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 14, 2017 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 29, 2017                    Respectfully submitted,

                                          HEATHER WILLIAMS
                                          Federal Defender

                                          */s/Linda C. Allison*
                                          LINDA C. ALLISON
                                          Chief Assistant to the Federal Defender

                                          Attorneys for Defendant
                                          BLAKE DIEP

Dated: August 29, 2017                    PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Robert J. Artuz*_____
                                          ROBERT ARTUZ
                                          Special Assistant U.S. Attorney

## **ORDER**

The Court orders that the time from the date of the parties' stipulation, August 31, 2017, up to and including September 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the August 31, 2017, status conference is continued to September 14, 2017, at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 31, 2017                                  /s/Carolyn K. Delaney
_____          HON. CAROLYN K. DELANEY
                                                       United States Magistrate Judge