UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 16, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BLAKE C. DIEP,

Defendant.

Case No. 2:17-cr-00114-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _BLAKE C. DIEP_,

Case No. _2:17-cr-00114-CKD_ from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): _Defendant sentenced on 11/16/2017. No term of incarceration imposed._

Issued at Sacramento, California on November 16, 2017 at 2:35 pm

By: _____

Magistrate Judge Carolyn K. Delaney